THE PROCTOR HOSPITAL, Appellant, vs. THE BOARD OF
REVIEW OF PEORIA COUNTY, Appellee.

*Opinion filed April 23, 1908.*

This case is controlled by the decision in *Sisters of St. Francis*
v. *Board of Review*, 231 Ill. 317.

AUDITOR'S certificate of appeal to review a decision of
the board of review of Peoria county.

STEVENS & HORTON, and J. M. ELLIOTT, (O. J. BAILEY,
of counsel,) for appellant.

W. H. STEAD, Attorney General, ROBERT SCHOLES,
State's Attorney, and THOMAS E. DEMPCY, (BARNES &
BOULWARE, of counsel,) for appellee.

Mr. JUSTICE CARTWRIGHT delivered the opinion of the
court:

Proctor Hospital, of the city of Peoria, is an institution
of public charity, affording surgical and medical aid and
nursing to sick and disabled persons.  It is of the same
character and conducted in the same manner as the St. Fran-
cis Hospital of the same city, and its property is actually
and exclusively used for charitable purposes, not leased or
otherwise used with a view to profit.  Such property is
therefore exempt from taxation.  (*Sisters of St. Francis* v.
*Board of Review*, 231 Ill. 317.)  The board of review of
Peoria county assessed the property of the hospital, and the
action of the board in so doing has been certified to this
court by the Auditor of Public Accounts.

The opinion in the case of the St. Francis Hospital de-
cides every question which can be raised by the record in
this case, and the order of the board of review must be and
is set aside.                                    *Order set aside.*